

FILED

APR 09 2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  21-CR-370-DMS |
| | **ORDER AND JUDGMENT** |
| | **GRANTING UNITED STATES'** |
| v. | **MOTION TO DISMISS** |
| LIZETTE MENDEZ, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Lizette Mendez without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: April 9, 2021


_____
HON. DANA M. SABRAW
UNITED STATES
DISTRICT COURT JUDGE